UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAMS, | No. 2:23-cv-00958 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| RICK M. HILL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel on this civil rights complaint under 42 U.S.C. § 1983. In an order dated October 28, 2025, the undersigned referred this case to the court's early dispute resolution program and stayed the proceedings. (ECF No. 24.) On March 17, 2025, the parties held a settlement conference before Magistrate Judge Peterson that did not result in a settlement.

Accordingly, IT IS HEREBY ORDERED that:

1. The ADR stay of this action is lifted; and

2. Within thirty days from the date of this order, defendants shall file a responsive pleading.

DATED: March 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE