IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN WILLIAMS,** | Case No. 2:23-cv-00958-TLN-SCR (PC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST MOTION TO MODIFY SCHEDULING ORDER RE: DISPOSITIVE MOTION DEADLINE** |
| v. | |
| **R. HILL, et al.,** | |
| Defendants. | |

    Plaintiff Melvin Williams ("Plaintiff") is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the motion Defendants R. Hill and M. Thomas ("Defendants") to modify the scheduling order in this case with respect to the deadline to file a dispositive motion.

    Defendants seek to modify the scheduling order and extend the deadline to file a dispositive motion by ninety (90) days, up to and including March 19, 2026. Defendants' newly assigned counsel needs additional time to investigate this case and review relevant case materials in order to determine whether and to what extent this case can be resolved by summary judgment or other dispositive motion.

    Having considered the motion, the Court finds good cause for the requested extension and will grant Defendants' request.

1

[Proposed] Order Granting Defs.' First Mot. to Modify Scheduling Order re: Dispositive Mot. Deadline
(2:23-cv-00958-TLN-SCR (PC))

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to modify the scheduling order with respect to the deadline to file a dispositive motion (ECF No. 42) is **GRANTED**; and

2. The period of time for Defendants to file a motion for summary judgment or other dispositive motion is extended by ninety (90) days, up to and including March 19, 2026.

**IT IS SO ORDERED.**

Dated: December 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Defs.' First Mot. to Modify Scheduling Order re: Dispositive Mot. Deadline
(2:23-cv-00958-TLN-SCR (PC))