IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN WILLIAMS,** | Case No. 2:23-cv-00958-TLN-SCR (PC) |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY SCHEDULING ORDER RE: DISPOSITIVE MOTION DEADLINE** |
| v. | |
| **R. HILL, et al.,** | |
| Defendants. | |

Plaintiff Melvin Williams ("Plaintiff") is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the motion of Defendants R. Hill and M. Thomas ("Defendants") to modify the scheduling order in this case with respect to the deadline to file a dispositive motion.

Defendants seek to modify the scheduling order and extend the deadline to file a motion for summary judgment or other dispositive motion by 60 days, up to and including May 18, 2026. Defendants' counsel needs additional time to investigate this case and review relevant case materials in order to determine the extent to which this case can be resolved by summary judgment.

Having considered the motion, the Court finds good cause for the requested extension and will grant Defendants' request.

1

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to modify the scheduling order with respect to the deadline to file a motion for summary judgment or other dispositive motion (ECF No. 44) is **GRANTED**; and

2. The period of time for Defendants to file a motion for summary judgment or other dispositive motion is extended by 60 days, up to and including May 18, 2026.

**IT IS SO ORDERED.**

Dated: March 16, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE