UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAMS, | No.  2:23-cv-00958 TLN SCR |
| Plaintiff, | |
| v. | ORDER |
| RICK M. HILL, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time of thirty days, up to and including July 8, 2026, to respond to defendants' motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 48) is granted; and

2.  Plaintiff is granted an extension up to and including July 8, 2026, in which to file a response to defendants motion for summary judgment (ECF No. 47).

DATED: June 16, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE